IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MARTIN KUSTER,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 6:20-cv-563-ADA<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S NOTICE OF MOOTNESS OF DEFENDANT'S MOTION TO TRANSFER AND TO DISMISS

On August 17, 2020, Defendant Western Digital Technologies, Inc. ("Defendant") filed an Opposed Motion to Transfer and to Dismiss ("Motion") (Dkt. 13). Defendant's Motion seeks dismissal of the claims for indirect infringement and willful infringement plead by Plaintiff Martin Kuster ("Plaintiff"). Dkt. 13, at 13-20. Concurrently with this notice, Plaintiff filed his First Amended Complaint addressing the issues raised in Defendant's Motion. Dkt. 22.

Plaintiff's First Amended Complaint supersedes his original complaint and thereby moots Defendant's Motion. *Bosarge v. Miss. Bureau of Narcotics*, 796 F.3d 435, 440 (5th Cir. 2015). Additionally, the facts pled in the First Amended Complaint confirm that: (a) Plaintiff has properly stated claims for indirect and willful infringement; and (b) venue is appropriate in this District for all Counts in the First Amended Complaint.

Dated: September 8, 2020					Respectfully submitted,

By: /s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas Bar No. 00796136

SCOTT DOUGLASS & McCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:	(512) 495-6300
Facsimile:	(512) 495-6399
Email:		pamstutz@scottdoug.com

Frederick L Whitmer (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone:	(212)-775-8700
Facsimile:	(212) 775-8800
Email:		fwhitmer@kilpatricktownsend.com

Russell A. Korn (admitted *pro hac vice*)
David A. Reed (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone:	(404) 815-6500
Facsimile:	(404) 815-6555
Email:		rkorn@kilpatricktownsend.com
		dreed@kilpatricktownsend.com

**ATTORNEYS FOR PLAINTIFF
MARTIN KUSTER**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, a copy of the foregoing was filed with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all counsel of record.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
